1 **WO**

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

8   United States of America,

9           Plaintiff,

10        vs.

11  Miguel Mendoza-Maytorena,

12          Defendant.

13

07-3263-M

ORDER

14          Upon review of Defendant's Motion to Extend Time to Indict, there being no

15  objection from the government, and good cause appearing;

16          THE COURT makes the following findings:

17          1.      Counsel for defendant has only recently been appointed;

18          2.      The defendant earnestly wishes to consider the plea offer extended by
19                  the government;

20          3.      The defendant wishes to investigate possible defenses prior to
                    considering the government's plea offer;

21
            4.      The government's plea offer, if accepted by the defendant and then the
22                  court, would likely reduce defendant's exposure to a significant term
                    of imprisonment;
23
            5.      If the defendant does not timely accept the plea offer prior to
24                  indictment, the government will withdraw said plea offer and any
25                  subsequent plea offer after indictment would likely be less
                    advantageous to the defendant;
26
            6.      Failure to extend time for indictment in this instance would thus operate
27                  to bar defendant from reviewing the government's plea offer in a
                    meaningful way prior to indictment; and
28
            7.      The ends of justice served by this continuance outweigh the best

1

2              interest of the public and the defendant in a speedy indictment.
**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time

3   for Indictment requesting an extension of thirty (30) days within the government may

4   seek to indict defendant, is hereby granted.

5           **IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18

6   U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a

7   timely Indictment.  Excludable time shall begin to run on the 31st day after arrest for

8   a period of thirty (30) days in which the Government may present the case to the

9   grand jury.

10          DATED this 27th day of August, 2007.

11

12

13  _____

14          Lawrence O. Anderson
        United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28